UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA            CRIMINAL ACTION

VERSUS

PATRICIA FAJARDO-GUEVARA            NO.: 3:10-cr-00151-BAJ-SCR

## RULING AND ORDER

Considering Petitioner's *pro se* **MOTION (Doc. 97)**, requesting that the "court appoint [an] attorney to defendant's case to file write [sic] of certiorari to the United States Supreme Court," (*id.* at p. 1):

**IT IS ORDERED** that Defendant's Motion (Doc. 97) is **DENIED AS MOOT** because the 90-day period for filing a petition for review with the Supreme Court has since expired.[1] *See Madden v. Texas*, 498 U.S. 1301, 1304 (1991).

Baton Rouge, Louisiana, this 30th day of April, 2014.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] The record reflects that Petitioner was represented by counsel at the time she filed her Motion. (*See* Doc. 84; Doc. 85; Doc. 86). Petitioner's Motion offers no explanation for why her retained counsel was unable to file a petition for certiorari with the Supreme Court. (*See generally* Doc. 97).